■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
ANDREW STEVENSON, Appellant.—Appeal by the defendant
from three judgments of the County Court, Suffolk County
(Cacciabaudo, J.), all rendered January 11, 1984, convicting
him of robbery in the first degree (3 counts, 1 as to each
indictment), upon his pleas of guilty, and imposing sentences.

Ordered that the judgment is affirmed.

The defendant failed to raise his objection to the adequacy
of his plea allocution in the court of first instance and,
accordingly, has not preserved his claim for appellate review
(see, People v Pellegrino, 60 NY2d 636). A reversal in the
interest of justice is not warranted under the circumstances
(see, People v Kruger, 132 AD2d 624, 625; People v Burnett, 105
AD2d 710; People v Ebron, 87 AD2d 653).

Finally, the defendant's sentence was not excessive under
the circumstances. Mangano, J. P., Kunzeman, Rubin, Kooper
and Harwood, JJ., concur.